IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAROL J. MEYER AND TERRENCE L. MEYER )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PHOENIX RESTORATION DISASTER )<br>SERVICE, LLC AND ROBERT GAGNE )<br>)<br>Defendants. | Civil Action No. 4:18-cv-00660 |

## MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **CAROL J. MEYER and TERRENCE L. MEYER**, Plaintiffs in the above-entitled and numbered cause, and state to the Court that they no longer desire to prosecute their claims and causes of action against **PHOENIX RESTORATION DISASTER SERVICE, L.L.C. and ROBERT GAGNE,** Defendants at this time and, accordingly, respectfully move the Court to dismiss this cause with prejudice at the cost of party incurring same.

This dismissal finally disposes of all claims and all parties and is appealable.

Respectfully submitted,

By: /s/ Robert R. Luke
Robert R. Luke
SBN: 00789463
Federal No: 17901
The Luke Law Firm
1201 Shepherd Drive
Houston, Texas 77007
713/ 457-6300
877/ 947-8077 Fax
robert@lukefirm.com

Attorney for Plaintiffs,
**CAROLE MEYER AND
TERRENCE MEYER**

## CERTIFICATE OF SERVICE

I certify that a copy of the Motion to Dismiss with Order was electronically filed on January 15, 2019 with the CM/ECF System, which will automatically serve a Notice of electronic filing.

I have also submitted a copy to attorney for Plaintiffs as listed below:

Robert R. Luke
The Luke Law Firm
1201 Shepherd Drive
Houston, Texas 77007
(713) 457-6300
(713) 621-5900 Fax
Robert@lukefirm.com

                                                                                          */s/Michael S. Wright*
                                                                                          Michael S. Wright