United States District Court
Southern District of Texas
**ENTERED**
February 27, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAROL J. MEYER AND TERRENCE L. MEYER ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 4:18-cv-00660 |
| ) | |
| PHOENIX RESTORATION DISASTER ) | |
| SERVICE, LLC AND ROBERT GAGNE ) | |
| ) | |
| Defendants. | |

## ORDER FOR DISMISSAL WITH PREJUDICE

ON this the 26th day of February, 2019, came on to be heard the above and foregoing Motion of Dismissal with Prejudice, and the Court having considered said Motion, and having been fully advised in the premises, and being of the opinion that the same should be granted; It is accordingly,

ORDERED, ADJUDGED and DECREED by the Court that Plaintiffs, **CAROL J. MEYER and TERRENCE L. MEYER,** claims and causes of action against Defendants, **PHOENIX RESTORATION DISASTER SERVICE, L.L.C. and ROBERT GAGNE,** be, and the same are hereby dismissed, with prejudice and at the cost of party incurring same.

This dismissal finally disposes of all claims and all parties and is appealable.

SIGNED this 26th day of February, 2019.

_____
JUDGE PRESIDING